NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SANDRA E. SIMMONS,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2014-3142

---

Petition for review of the Merit Systems Protection Board in No. DC-0432-13-1309-I-1.

---

**ON MOTION**

---

**O R D E R**

Sandra E. Simmons moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                     SIMMONS v. MSPB

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24